**RECEIVED**

APR 23 2026

**BY MAIL**

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### _____ DIVISION

|  |  |
|---|---|
| (*Write the full name of the plaintiff in this action. Include prisoner registration number.*)<br><br>**v.**<br><br><br><br><br><br>(*Write the full name of each defendant. The caption must include the names of **all** of the parties. Fed. R. Civ. P. 10(a). Merely listing one party and writing "et al." is insufficient. Attach additional sheets if necessary.*) | Case No: _____<br>(*to be assigned by Clerk of District Court*)<br><br>Plaintiff Requests Trial by Jury<br>☐ Yes    ☒ No |

## PRISONER CIVIL RIGHTS COMPLAINT UNDER 42 U.S.C. § 1983

### _NOTICE:_

_Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include only: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number._

_Except as noted in this form, plaintiff should not send exhibits, affidavits, witness statements, or any other materials to the Clerk's Office with this complaint._

_In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed without prepayment of fees and costs._

## I.    The Parties to this Complaint

### A.    The Plaintiff

Name:    Victor Canada

Other names you have used:

Prisoner Registration Number:  252-2172

Current Institution:  St Louis County Justice Center

Indicate your prisoner status:

☑ Pretrial detainee                    ☐ Convicted and sentenced state prisoner

☐ Civilly committed detainee      ☐ Convicted and sentenced federal prisoner

☐ Immigration detainee              ☐ Other (explain): _____

### B.    The Defendant(s)

To the best of your knowledge, give the information below for each defendant named in the caption of this complaint.  Make sure the defendant(s) named below are the same as those listed in the caption of this complaint.  Attach additional pages if necessary.

For an individual defendant, include the person's job title, and check whether you are suing the individual in his or her individual capacity, official capacity, or both.

**Defendant 1**

Name:    St Louis County Justice center

Job or Title: _____

Badge/Shield Number: _____

Employer: _____

Address:  100 S central Av clayton, MO,

_____ Individual Capacity              _____ Official Capacity

2

**Defendant 2**

Name: _____

Job or Title: _____

Badge/Shield Number: _____

Employer: _____

Address: _____

    ⌐_____ Individual Capacity        ⌐_____ Official Capacity

## II.  Statement of Claim

Type, or neatly print, a short and plain statement of the **FACTS** that support your claim(s).  For every defendant you have named in this complaint, you must state what he or she personally did to harm you.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Do not make legal arguments, or cite court cases or statutes. You may attach additional pages if necessary.

Your statement of claim must include all of the following information:

1. What happened to you?
2. When did it happen?
3. Where did it happen?
4. What injuries did you suffer?
5. What did each defendant personally do, or fail to do, to harm you?

3

Around June 6th 2025, I Victor Canada was sent to the special housing unit (The hole) due to the fact that the unit I was placed in had urine and feces in the toilet, the toilets here in this entire building are not correctly maintained, toilets in the hole are Just as bad frequently backing up on a daily basis everyone is forced to live sorounded by feces here on a regular basis, this is true on every floor. I alerted staff, I made Many grevances staff did not care and are used to it.

They also make other inmates unblock and clean raw feces on a daily basis with out proper suits protection. living in this enviorment caused me to feel Sick all the time, I am not going to atribute this to any single set of employes, I think its an instutionall problem. I think its a human rights issue living this way and for the immates cleaning raw feces thats not right

Also during the same time I twisted my ankle and was refused medical treatment, I believe as retaliation for my complaining about unsanitary conditions.

Also the unessary abusewness by staff here some staff are Just abusive name calling I.e. are you stupid etc or racial slurs on a regular basis, I.e... I hate weak ass nigga's and I hate weak ass hillbillys, this was said by luterotant williams

### III.  Injuries all off this happened during 2025.

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Twisted ankle Summer 2025 duer to pee on floor Staff refused to give medical treatment eventally got x ray 3 months later.

physcological injury, as very high stress and pain on top of stress already suffering whilst in Jail, made sick and run down. still suffering mental disstress, ptsd as a result of staff treatment.

On June 6, 2025 I Victor Canada was sent to Special Housing Unit/Hole due to the fact that the cell that I was placed in had urine and feces in the toilet. I had brought this to staff attention as they were serving food. Staff continued to disreguard what I was saying to them. This incident had took place at St. Louis County Jail. I was in the intake part of the Jail A8 which is located on the eighth floor of this building. The injuries that I had suffer from was I had twisted my ankle while in the hole which Staff refused to give me medical help. Staff here at St. Louis County refused/failed to consider my situation that was taking place. LT. Staurt, LT. Harper, Officer Wick, Officer Farmer all refused to do there job and I suffered in this incident.

## IV.    Relief

State briefly and precisely what you want the Court to do for you. Do not make legal arguments. Do not cite any cases or statutes. If you are requesting money damages, include the amounts of any actual damages and/or punitive damages you are claiming. Explain why you believe you are entitled to recover those damages.

I feel damages in my favor are fair for the bad conditions and miss treatment I have suffered at STL County Justice center.

## V.    Exhaustion of Administrative Remedies/Administrative Procedures

The Prison Litigation Reform Act ("PLRA") 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes          ☐ No

If yes, name the jail, prison or other correctional facility where you were confined at the time of the events giving rise to your claim(s):

_____

B.    Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes          ☐ No          ☐ Do not know

C.    If yes, does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes          ☐ No          ☐ Do not know

5

If yes, which claim(s)?

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes            ☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes            ☐ No

E.    If you did file a grievance:

1.    Where did you file the grievance? I filed many grievances on paper and tablet.

2.    What did you claim in your grievance? (*Attach a copy of your grievance, if available*) I wrote about the unsanitary conditions raw feces etc
They took no notice
Ankle injury and pain plus stress.

3.    What was the result, if any? (*Attach a copy of any written response to your grievance, if available*)
None they disregarded.

6

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (*Describe all efforts to appeal to the highest level of the grievance process.*)

I filled as many as I could I also told anyone I could no one cared and they threatened me with violence if I didnt return to cell with wet floors of pee to eat every day

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

I have done everything I could I think this place needs to be closely looked at for miss treatment of many inmates

(*Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.*)

7

## VI.   Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

A.   To the best of your knowledge, have you ever had a case dismissed on the basis of this "three strikes rule"?

☐ Yes          ☑ No

If yes, state which court dismissed your case and when it was dismissed.  Attach a copy of the court's order, if possible.

Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes          ☑ No

B.   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. (*If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.*)

1.   Parties to the previous lawsuit

Plaintiff _____

Defendant(s) _____

2.   Court (*if federal court, name the district; if state court, name the state and county*)

3.   Docket or case number _____

4.   Name of Judge assigned to your case _____

8

5.    Approximate date of filing lawsuit ___December 2005___

6.    Is the case still pending?

☐ Yes

☑ No  (*If no, give the approximate date of disposition*):_____

7.    What was the result of the case? (For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes          ☑ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)

1.    Parties to the previous lawsuit

Plaintiff_____

Defendant(s) _____

2.    Court (*if federal court, name the district; if state court, name the state and county*)

3.    Docket or case number _____

4.    Name of Judge assigned to your case _____

5.    Approximate date of filing lawsuit _____

9

6.    Is the case still pending?

☐  Yes

☑  No  (*If no, give the approximate date of disposition*):_____

7.    What was the result of the case? (For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)

## VII.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _5th_ day of __December__, 20 _25_.

Signature of Plaintiff    *Vico Canada*

10